Kent J. Schmidt (SBN 195969)
*schmidt.kent@dorsey.com*
Jaycie Cruz (SBN 352494)
*cruz.jaycie@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400; Fax: (714) 800-1499

Nicholas J. Pappas*
*pappas.nicholas@dorsey.com*
**DORSEY & WHITNEY LLP**
51 W 52nd Street,
New York, NY 10019-6119
Tel: (212) 415-9200;  Fax: (212) 953-7201

Alan J. Iverson*
*iverson.alan@dorsey.com*
**DORSEY & WHITNEY LLP**
50 S. 6th Street, #1500
Minneapolis, MN, 55402
Tel: (612) 340-2600; Fax: (612) 340-2868

Attorneys for UMR, Inc.

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| CLEANQUEST, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UMR, INC AND DOES 1-10.<br><br>　　　　Defendants. | CASE NO. 8:25-CV-02541-JWH-JDE<br>Assigned to Judge John W. Holcomb<br><br>**UMR, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: January 16, 2025<br>Time: 9:00 am<br>Courtroom: 9D, Santa Ana<br><br>Complaint Filed: September 5, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on January 16, 2026, at 9:00 am, or as soon thereafter as this matter may be heard, in Courtroom 9D, Defendant UMR, Inc. ("UMR"), will move this Court for an order dismissing Plaintiff's Complaint.

Dismissal is appropriate under Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure because (1) Plaintiff's Employee Retirement Income Security Act ("ERISA") claim (Count III) fails because Plaintiff does not allege standing or facts that would plausibly give rise to claims under ERISA §§ 502(a)(1)(B), 502(a)(2), 502(a)(3), or 502(a)(1)(A) and (c); (2) ERISA §§ 514 and 502(a) preempt Plaintiff's state law claims (Counts I, II, IV); (3) Plaintiff's breach of implied contract claim (Count I) fails because Plaintiff does not allege contract terms, mutual assent, or the existence of an agreement independent of the health plans; (4) Plaintiff's claim under California's Unfair Competition Law ("UCL") (Count II) fails because Plaintiff lacks standing, seeks damages, and fails to allege facts showing any entitlement to relief; and (5) Plaintiff's quantum meruit claim (Count IV) fails because Plaintiff does not allege that UMR requested its services or received a benefit, and because health plans already govern the claims at issue;.

This motion is based on this Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities; the supporting Declaration of Alan J. Iverson; the pleadings and papers on file herein; and upon such other evidence and argument as the Court may permit at the hearing of this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 that took place on December 10, 2025.

Dated: December 19, 2025

By: /s/ Alan J. Iverson

Kent J. Schmidt
schmidt.kent@dorsey.com
Jaycie Cruz (SBN 352494)
cruz.jaycie@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626

Tel: (714) 800-1400;
Fax: (714) 800-1499

Nicholas J. Pappas*
*pappas.nicholas@dorsey.com*
DORSEY & WHITNEY LLP
51 W 52nd Street,
New York, NY 10019-6119
Tel: (212) 415-9200;
Fax: (212) 953-7201

Alan J. Iverson*
*iverson.alan@dorsey.com*
DORSEY & WHITNEY LLP
50 S. 6th Street, #1500
Minneapolis, MN, 55402
Tel: (612) 340-2600;
Fax: (612) 340-2868

*Admitted pro hac vice*

Attorneys for Defendant UMR, Inc.

# PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF HENNEPIN

I am employed in the City of Minneapolis, County of Hennepin, State of Minnesota. I am over the age of 18 years and not a party to the within action. My business address is 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402. On December 19, 2025, I served the documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED:** UMR, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**SERVED UPON:** JOHN W. TOWER, ESQ. #106425
LAW OFFICE OF JOHN W. TOWER
2211 Encinitas Blvd., 2nd Floor
Encinitas, CA 92024
(760) 436-5589 / Fax (760) 479-0570
Towerlawsd@gmail.com

Attorney for Plaintiff Cleanquest, LLC

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☒ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) The above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail") to each of the e-mail addresses listed, and no errors were reported.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 19, 2025 at Minneapolis, Minnesota.

*/s/ Jessica Andersen*
Jessica Andersen