1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CLEANQUEST, LLC,

        Plaintiff,

      v.

UMR, INC., and DOES 1 through 10, inclusive,

        Defendants.

Case No. 8:25-cv-02541−JWH−JDE

Assigned to Judge John W. Holcomb

**ORDER EXTENDING DEADLINES**

1    The Court, having read and considered the parties' Stipulation to Extend

2  Deadlines (ECF No. 16), and for good cause shown, hereby **ORDERS** as follows:

3    1.    The Scheduling Conference set for January 16, 2026, is

4  **CONTINUED** to January 30, 2026, at 11:00 a.m.

5    2.    UMR's pending motion to dismiss is **DENIED without prejudice as**

6  **moot**.

7    3.    Plaintiff's deadline to file an amended complaint is February 2, 2026.

8  If Plaintiff chooses to file an amended complaint, then it is also **DIRECTED** to file

9  contemporaneously therewith a Notice of Revisions to Complaint that provides the

10  Court with a redline version that shows the amendments.

11    4.    UMR's deadline to respond to Plaintiff's operative complaint is

12  March 4, 2026.

13    **IT IS SO ORDERED.**

14

15  Dated:  December 22, 2025

16  John W. Holcomb
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING DEADLINES
8:25-CV-2541−JWH−JDE